Argued and submitted March 4; resubmitted In Banc September 11, 1996, reversed and remanded January 29, 1997

## STATE OF OREGON,
*Respondent,*

*v.*

## KARI ALLISON HOELSCHER,
*Appellant.*

(C941141CR; CA A87835)

932 P2d 1201

In Banc

Jenny Cooke argued the cause and filed the brief for appellant.

Kaye E. Sunderland, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

PER CURIAM

Reversed and remanded. *State v. Hadley*, 146 Or App 166, 932 P2d 1194 (1997).

Warren and Edmonds, JJ., dissenting for the reasons expressed in their dissents in *State v. Hadley*, 146 Or App 166, 932 P2d 1194 (1997).